UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Sierra Club, et al.</u>

         v.                        Case No. 07-cv-257-SM

<u>Thomas Wagner, et al.</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #36, Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment, filed by Federal Defendants

DATE FILED:   February 6, 2008

The document above fails to comply with:

LR 7.1(a)(1)        Objections to pending motions and affirmative motions for relief shall not be combined in one filing.

It is herewith ordered that the document is stricken and must be refiled as two separate documents.

SO ORDERED.

February 25, 2008

                                                    _____
                                                    Steven J. McAuliffe
                                                    Chief Judge

cc:      All Counsel of Record