UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sierra Club, et al.

               v.               Case No. 07-cv-257-SM

Thomas Wagner, et al.


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #42, Brief/Memorandum - Response Brief to Defendants ' Motion for Summary Judgment and Reply Brief in support of Plaintiffs' Motion for Summary Judgment, filed by Plaintiffs

DATE FILED:   2/19/08

    The document above fails to comply with:

LR 7.1(a)   Files shall not combine multiple motions seeking separate and distinct relief into a single filing. In this case an objection (response) to Defendants' Motion for Summary Judgment and a Reply to Objection to Plaintiffs' Motion for Summary Judgment was filed as one document. Objections to motions shall not be combined with other responsive pleadings.

    It is herewith ordered that the document is stricken and must be refiled as two separate pleadings. The new pleadings will be linked to its respective motion for summary judgment.

    SO ORDERED.


February 25, 2008

                                            Steven J. McAuliffe
                                            Chief Judge


cc:   All Counsel of Record